## Wheeler, Appellant, *v.* Remedial Loan Co. of Philadelphia.

*Constitutional law—Special legislation — Title of act — Money lenders—Act of June 17, 1915, P. L. 1012.*

The Act of June 17, 1915, P. L. 1012, is constitutional.

Argued Nov. 13, 1916.   Appeal, No. 310, Oct. T., 1916, by plaintiff, from judgment of Municipal Court, Philadelphia Co., May T., 1916, No. 268, on case tried by the court without a jury in case of William C. Wheeler v. Remedial Loan Company of Philadelphia.   Before OR-LADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREX-LER and WILLIAMS, JJ.   Affirmed.

Assumpsit to recover interest.   Before CRANE, J., without a jury.

Judgment for defendant.   Plaintiff appealed.

*Error assigned* was in entering judgment for defendant.

*Edward A. Kelly,* for appellant.

*Thomas Raeburn White* and *T. H. Walnut,* with them *Harry D. Westcott, Henry, Pepper, Bodine & Pepper* and *Foss, Walnut & Faught,* for appellee.

OPINION BY WILLIAMS, J., July 13, 1917:

This was an action to recover interest, charged by defendant, in excess of six per cent. per annum on a loan of $100. Defendant was licensed as a money-lender under the provisions of the Act of June 19, 1915, P. L. 1012. The issue presented by this appeal is the constitutionality of the act. So far as that question is concerned no new issues are presented differentiating this from Com. v. Puder, 67 Pa. Superior Ct. 11. For the reasons there assigned the judgment is affirmed.

ORLADY, P. J., and HENDERSON, J., dissent.